IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAR 1 4 2012
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By _____

UNITED STATES OF AMERICA    :
   :
v.    :     1:12CR86-1
   :
ALEXANDER L. LAPINSKI    :

## FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Ripley Rand, United States Attorney for the Middle District of North Carolina, and the defendant, ALEXANDER L. LAPINSKI, in his own person and through his attorney, Locke T. Clifford, and state that the factual basis for a guilty plea is as follows:

From or about August 3, 2009, to about January 25, 2010, ALEXANDER L. LAPINSKI, Esquire, aided and abetted Oleksiy Solomonko by making false statements on Oleksiy Solomonko's N-400 Application for Naturalization stating that Oleksiy Solomonko's name was Roman Kylymnyk.

Nadiya Solomonko, wife of Oleksiy Solomonko, originally came to the defendant, ALEXANDER L. LAPINSKI, an immigration attorney, and told him of her being arrested and being subject of a deportation proceeding. ALEXANDER L. LAPINSKI said that she needed to obtain a new marriage certificate with her husband's name listed as Kylymnyk. Nadiya Solomonko explained to him that she was already married, of Oleksiy Solomonko's fraudulent name and how he entered the United States using a fraudulently obtained Diversity Visa.

When Oleksiy Solomonko and Nadiya Solomonko later came to see the defendant, ALEXANDER L. LAPINSKI, he already prepared Oleksiy Solomonko's N-400, Application for Naturalization, based upon what he had been told previously by Oleksiy Solomonko. Oleksiy Solomonko had previously provided to the defendant, ALEXANDER L. LAPINSKI, information including several trips to Canada in which he successfully used his green card in the name of Roman Kylymnyk and had passed United States Border Patrol inspectors upon entering the United States. This was a ruse by Oleksiy Solomonko to convince the defendant, ALEXANDER L. LAPINSKI, that he had fooled the United States into accepting the validity of his Roman Kylymnyk green card. The defendant, ALEXANDER L. LAPINSKI, signed the N-400 document stating he certified it under the penalty of perjury that all the evidence was true and correct. The N-400 falsely stated that Oleksiy Solomonko's name was Roman Kylymnyk. ALEXANDER L. LAPINSKI would later file the N-400.

This the 14th day of Mrc., 2012.

RIPLEY RAND
United States Attorney

ARNOLD L. HUSSER
Assistant United States Attorney