PROB 12A
4/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina



### Report of Offender Under Supervision

Name of Offender: ALEXANDER L. LAPINSKI         Case Number:   1:12CR86-1

Name of Sentencing Judicial Officer:   The Honorable William L. Osteen, Jr.

Date of Original Sentence:   June 14, 2012

Original Offense:   Attempt to Procure Naturalization Contrary to Law in violation of 18 U.S.C. § 1425.

Original Sentence:   Three years Probation.

Type of Supervision:   Probation         Date Supervision Commenced: June 14, 2012
                                        Date Supervision Expires: June 13, 2015

Assistant U.S. Attorney: Arnold L. Husser         Defense Attorney: Locke T. Clifford

---

## TRAVEL REQUEST / OUT OF COUNTRY

On June 14, 2012, the Court placed Mr. Lapinski on a three-year term of probation with special conditions of eight (8) months of Location Monitoring; submission of any requested financial information; and a $1,600 fine. The Court also recommended to the probation office that prompt attention be given to any request by Mr. Lapinski to visit his parents in the event of an emergency or health related matters.

Since placement on probation, Mr. Lapinski has been supervised by the U.S. Probation Office in the Eastern District of North Carolina. According to his officer, Mr. Lapinski has maintained a stable residence with his wife and daughter; maintained his employment with the Barbarin Law Group; and complied with all conditions of his release. Mr. Lapinski has completed his location monitoring term and satisfied his fine obligation.

We are in receipt of a request from the Eastern District of North Carolina that Mr. Lapinski be considered for travel to Poland in late July 2013, to visit his elderly parents. He would be traveling with his wife Margarete Lapinski. Furthermore, after this decision is made, the Eastern District is requesting we transfer jurisdiction of Mr. Lapinski's case to their district for the remainder of his supervision term.

Respectfully submitted,

Bradley G. Whitley
Supervisory U.S. Probation Officer

_____

[✓] Travel Approved
[ ] Travel Denied
[ ] Other:

_____
_____
_____
_____

*William L. Osteen, Jr.*
Signature of Judicial Officer

MAY 0 9 2013
Date